IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jonathan Doctor, #267686, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Dir. Jon Ozmint; )<br>Warden Stevenson (BRCI); )<br>Warden McCabe (BRCI); )<br>Major Eddie Gore (BRCI); )<br>Sgt. Martin (BRCI); )<br>Murry Unit C/O, Working on 3/31/07; )<br>and Captain Washington, Working on )<br>3/31/07, )<br>)<br>Defendants. ) | C.A. No. 3:07-1519-HMH-JRM<br><br>**OPINION AND ORDER** |

This matter is before the court for review of the Amended Report and Recommendation of United States Magistrate Judge Joseph R. McCrorey, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1) (2006).

1

The Plaintiff filed no objections to the Amended Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Amended Report and Recommendation and the record in this case, the court adopts Magistrate Judge McCrorey's Amended Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that Defendants' motion for summary judgment, docket number 37, is granted, and Plaintiff's motion to alter or amend the judgment, docket number 54, is denied.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
August 26, 2008

### NOTICE OF RIGHT TO APPEAL

The Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.